PROB 12C
(7/93)

Report Date: September 22, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2014

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Andrew Delao          Case Number: 2:09CR00092-RHW-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: July 28, 2010

| | | |
|---|---|---|
| Original Offense: | Distribution of 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison: 36 months; TSR: 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: November 23, 2011 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 22, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

2    **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

3    **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Robert Delao was arrested on multiple new federal offenses on September 17, 2014. According to the indictment, the offender is being charged with Murder-For-Hire, in violation of 18 U.S.C. § 1958; four counts of Conspiracy to Commit Murder-For-Hire, in violation of 18 U.S.C. § 1958; four counts of Solicitation to Commit the Murder-For-Hire, in violation of 18 U.S.C. § 373; and Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 841.

Prob12C
**Re: Delao, Robert Andrew**
**September 22, 2014**
**Page 2**

The indictment details the offender's involvement in the above-mentioned crimes, as well as his contact with multiple convicted felons and persons engaged in numerous criminal activities.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/22/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

September 23, 2014
Date